United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| THUAN PHUC PHAN § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | Civil Action No. 3:25-cv-00120 |
| § | |
| BENCHMARK INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The Court, having reviewed the *Joint Stipulation of Dismissal* submitted by Plaintiff Thuan Phuc Phan and Defendant Benchmark Insurance Company, and for good cause shown, hereby GRANTS the Joint Stipulation of Dismissal in its entirety.

IT IS, THEREFORE, ORDERED that the above-captioned lawsuit (together with all claims asserted therein by or against any party to this lawsuit) is hereby DISMISSED with prejudice; that no party to the lawsuit shall be taxed any costs or fees in connection with this lawsuit or this order; and that the Clerk of the Court is directed to close this case in due course.

IT IS SO ORDERED,

DATED: January 15, 2026

JEFFREY VINCENT BROWN
U.S. DISTRICT JUDGE